Panagiotis KOKORIS, Appellant, v. Paul E. JOHNSON, United States Immigrant Inspector-In-Charge, and Albert Del Guercio, United States District Director of Immigration, Appellees and 5 other cases.

Nos. 5928–5932, 5936.

United States Court of Appeals
Fourth Circuit.

Argued Oct. 19, 1949 and March 7, 1950.

Decided March 8, 1950.

Burt M. Morewitz and J. L. Morewitz, Newport News, Va. (Morewitz & Morewitz, Newport News, Va., on brief), for appellants.

Albert E. Reitzel, Assistant General Counsel, U. S. Immigration and Naturalization Service, Washington, D. C. (George R. Humrickhouse, U. S. Atty., Richmond, Va., and John P. Harper, Asst. U. S. Atty., Norfolk, Va., on brief), for appellees.

Before PARKER, Chief Judge, and SOPER and DOBIE, Circuit Judges.

PER CURIAM.

The judgments of the court below in the above entitled cases involving orders for deportation of alien seamen will be reversed on the authority of Wong Yang Sung v. McGrath, 70 S.Ct. 445, and the cas-

es will be remanded to the court below for further proceedings not inconsistent with the decision in that case.

Reversed.